No. 2,875.—THE STATE OF MONTANA, RESPONDENT, *v.* JOHN R. CLARK, APPELLANT.

*Appeal from District Court, Fergus County; E. K. Cheadle, Judge.*

Decided July 23, 1910.

PER CURIAM.—Appellant's motion to dismiss the appeal herein without prejudice is, after due consideration, by the court sustained, and the appeal is accordingly dismissed.

*Messrs. Ayers & Marshall,* for Appellant.

*Mr. Albert J. Galen,* Attorney General, for Respondent.

———

No. 2,844.—LAURA A. GRAHAM, AS ADMINISTRATRIX OF THE ESTATE OF JAS. S. GRAHAM, DECEASED, RESPONDENT, *v.* NORTHERN PACIFIC RAILWAY CO. ET AL., APPELLANTS.

*Appeal from District Court, Missoula County; F. C. Webster, Judge.*

Decided August 20, 1910.

PER CURIAM.—It is ordered upon motion of counsel for the appellants herein that the appeal in the above-entitled cause be, and the same is hereby, dismissed.

*Mr. Wm. Wallace, Jr., Mr. John G. Brown,* and *Mr. R. F. Gaines,* for Appellants.

*Messrs. Woody & Woody,* for Respondent.